AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Giorgi Mamulashvili | ) Case: 1:24-mj-00027 |
| DOB: XXXXXX | ) Assigned To : Judge Moxila A. Upadhyaya |
|  | ) Assign. Date : 1/26/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a  Restricted Building or Grounds) ,
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)  ,
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)   .

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements ███ by telephone.

Date:    01/26/2024

*Judge's signature*

City and state:        Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*