AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Giorgi Mamulashvili<br><br>*Defendant* | ) Case: 1:24-mj-00027<br>) Assigned To : Judge Moxila A. Upadhyaya<br>) Assign. Date : 1/26/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              Giorgi Mamulashvili
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a  Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)  ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)  .

Date:    01/26/2024                                          *M U Upa*
                                                        *Issuing officer's signature*

City and state:         Washington, D.C.                   Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/26/24 , and the person was arrested on *(date)* 1/31/24 at *(city and state)* Brooklyn, NY .<br><br>Date: 1/31/24              *Det*<br>                        *Arresting officer's signature*<br><br>                        Jeronnie Glanville  Det KTFO<br>                        *Printed name and title* |

WK:RWN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

GIORGI MAMULASHVILI,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE
DISTRICT OF COLUMBIA

(Fed. R. Crim. P. 5)

Case No. 24-MJ-72

EASTERN DISTRICT OF NEW YORK, SS:

        Jeronnie Glanville, being duly sworn, deposes and states that he is a Task Force Officer with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

        On or about January 26, 2024, the United States District Court for the District of Columbia issued a warrant for the arrest of the defendant GIORGI MAMULASHVILI for violating Title 18, United States Code, Section 1752(a)(1) (knowingly entering or remaining in any restricted building or grounds without lawful authority) and other related charges.

        The source of your deponent's information and the grounds for his belief are as follows:[1]

        1.     On or about January 26, 2024, the Honorable Moxila A. Upadhaya, United States Magistrate Judge, United States District Court for the District of Columbia, approved a Complaint (the "Complaint") charging the defendant GIORGI MAMULASHVILI with violating

---

     [1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Title 18, United States Code, Section 1752(a)(1) (knowingly entering or remaining in any restricted building or grounds without lawful authority) and other related charges.   A true and correct copy of the Complaint is attached as Exhibit A.

      2.      In connection with the Complaint, on or about January 26, 2024, the United States District Court for the District of Columbia issued a warrant (the "Warrant") for the arrest of the defendant GIORGI MAMULASHVILI.   A true and correct copy of the Warrant is attached as Exhibit B.

      3.      On or about January 31, 2024, law enforcement agents arrested the defendant GIORGI MAMULASHVILI at a New York City Police Department precinct in Brooklyn, New York, pursuant to the Warrant.

      4.      During his arrest, the defendant GIORGI MAMULASHVILI confirmed his name, date of birth, and social security number to law enforcement agents and provided a New York State driver's license bearing the name GIORGI MAMULASHVILI.   Law enforcement agents also took MAMULASHVILI's fingerprints, which alerted positive in the NCIC database for an individual matching the name GIORGI MAMULASHVILI.   Law enforcement agents reviewed and confirmed that his name, date of birth, and social security number were consistent with that of the GIORGI MAMULASHVILI wanted in the District of Columbia.

      5.      Based on the foregoing, I submit that there is probable cause to believe that the defendant is the GIORGI MAMULASHVILI wanted in the District of Columbia.

WHEREFORE, your deponent respectfully requests that the defendant GIORGI

MAMULASHVILI be removed to the District of Columbia so that he may be dealt with according

to law.

Jeronnie Glanville
Task Force Officer
Federal Bureau of Investigation

Sworn to before me this
31st day of January, 2024

THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Giorgi Mamulashvili<br>DOB: ▓▓▓▓▓▓ | Case: 1:24-mj-00027<br>Assigned To : Judge Moxila A. Upadhyaya<br>Assign. Date : 1/26/2024<br>Description: COMPLAINT W/ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a  Restricted Building or Grounds) ,
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)  ,
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)   .

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Det _____

*Complainant's signature*

Jeronnie Ganville, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____01/26/2024____

*Judge's signature*

City and state: _____Washington, D.C._____

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

Case: 1:24-mj-00027
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 1/26/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant is a Task Force Officer with the Federal Bureau of Investigation and a detective with the New York Police Department. Currently, I am tasked with investigating criminal activity that took place on January 6, 2021, in and around the United States Capitol grounds. As a Task Force Officer, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol Building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol Building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol Building without authority to be there. One such individual is the defendant, GIORGI MAMULASHVILI.

### MAMULASHVILI's Involvement in the January 6 Attack on the U.S. Capitol

Law enforcement officers reviewed an open-source video that depicted an individual (later identified as WITNESS) outside of the U.S. Capitol on January 6, 2021. In the open-source video, WITNESS is shown holding a smartphone and claiming to have received footage of the riot from someone he knew who was inside the building. Officers analyzed open-source video and social media profiles to identify WITNESS and his place of business. Law enforcement officers visited WITNESS in his office and interviewed him on November 8, 2021. WITNESS provided the interviewing agents with text messages, photographs, and videos that he received from MAMULASHVILI on January 6, 2021, from a phone number ending in 4991.

MAMULASHVILI's messages, photographs, and videos showed that MAMULASHVILI was inside the U.S. Capitol Building on January 6, 2021. Text messages sent by MAMULASHVILI on January 6, 2021, at around 2:24 p.m. read, "Trying to enter" and, "They are shooting paper spry [sic]."



Image 1 (Texts from MAMULASHVILI)

MAMULASHVILI also texted videos to WITNESS, some of which depict him inside the U.S. Capitol Building.



Image 2 (Videos from MAMULASHVILI)



Image 3 (Screenshot depicting MAMULASHVILI inside U.S. Capitol Building)

**MAMULASHVILI Inside the U.S. Capitol Building**

The texted videos depicted MAMULASHVILI wearing a black balaclava over his face, a grey hooded sweatshirt with white capitalized letters emblazoned on the front, and a blue flag wrapped around his neck and shoulders like a cape. Your affiant reviewed CCTV footage recorded by the U.S. Capitol Building surveillance system on January 6, 2021, and searched for an individual matching this description. The CCTV footage depicts an individual matching this description, who entered the Capitol Building through the Columbus Doors on January 6, 2021, around 2:43 p.m. The individual then traveled to the Rotunda. The individual stayed inside the Capitol Building for approximately 40 minutes. The footage shows the individual wearing a sweatshirt with "BROOKLYN" emblazoned on the front.



Image 4 (MAMULASHVILI shortly after entering Capitol Building, circled and enlarged)



Image 5 (MAMULASHVILI inside U.S. Capitol Rotunda)

**Identification of MAMULASHVILI**

Your affiant took additional investigative steps to corroborate WITNESS's identification of MAMULASHVILI. A search of a database belonging to the Department of Motor Vehicles for the State of New York yielded an individual named Giorgi Mamulashvili, who lived at an address in Brooklyn, New York. A subpoena return from an electronic service provider associated with the phone number ending in 4991 showed that the account owner, also named Giorgi Mamulashvili, lived in the same Brooklyn address. Open-source social media materials reviewed on December 15, 2021, including accounts associated with the phone number ending in 4991, revealed profile pictures of the accounts' user, including the following images.



Image 6 (Social media profile picture of MAMULASHVILI)



Image 7 (Social media profile picture of MAMULASHVILI)

## Interview of MAMULASHVILI

On July 13, 2023, Task Force Officers from the FBI (including your affiant) interviewed MAMULASHVILI at his residence in Brooklyn, New York. MAMULASHVILI was advised of the identity of the interviewing officers and the nature of the interview. During the interview, MAMULASHVILI said that he drove his vehicle (a 2017 White Dodge Challenger) to Washington, D.C., and arrived at around 2:00 p.m. MAMULASHVILI said that after parking his vehicle, he joined the crowd near the U.S. Capitol Building, entered through the doors, and walked around inside the building. During the interview, MAMULASHVILI was shown a picture of an individual inside the U.S. Capitol Building and he admitted that he was the individual in the picture. MAMULASHVILI wrote his name on the picture and signed it. MAMULASHVILI also included the date '07/01/2023' when he signed his name during the interview. Your affiant asserts that MAMULASHVILI incorrectly applied this date during the interview on July 13, 2023.



Image 8 (Signed picture of MAMULASHVILI in U.S. Capitol Building)

## Probable Cause

Based on the foregoing, your affiant submits that there is probable cause to believe that MAMULASHVILI violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that MAMULASHVILI violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of January 2024.

HON. MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE

# EXHIBIT B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Giorgi Mamulashvili | ) Case: 1:24-mj-00027<br>) Assigned To : Judge Moxila A. Upadhyaya<br>) Assign. Date : 1/26/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Giorgi Mamulashvili _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a  Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)  ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)    .

Date:  _____01/26/2024_____                      _____
                                                                        *Issuing officer's signature*

City and state:  _____Washington, D.C._____        Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                      _____<br>                                                          *Arresting officer's signature*<br><br>                                                          _____<br>                                                          *Printed name and title* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

UNITED STATES OF AMERICA

                APPLICATION AND
                ORDER OF EXCLUDABLE DELAY

       -v-

Giorgi Mamvlachvili         Case No.  24-MJ-72

-----------------------------------------------------------

      The United States of America and the defendant hereby jointly request that the time period from
January 31, 2024 to February 13, 2024 be excluded from the computation of the time period within which

      (X)   an information or indictment must be filed, or (XW)
      ( )   trial of the charges against defendant must commence.  (XC)

The parties seek the exclusion of the foregoing period because

      (X)   they are engaged in plea negotiations, which they believe are likely to result in a disposition of this case without trial, and they require an exclusion of time in order to focus efforts on plea negotiations without the risk that they would not, despite their diligence, have reasonable time for effective preparation for trial,

      ( )   they need additional time to prepare for trial due to the complexity of case,

      ( )   _____.

      The defendant states that he/she has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the plan and rules of this Court adopted pursuant to that Act; and Rule 50(b) of the Federal Rules of Criminal Procedure.  The defendant understands that he/she has a right to be tried before a jury within a specified time not counting periods excluded.

_____      _____
Defendant                For U.S. Attorney, E.D.N.Y.

_____
Counsel for Defendant

      The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from 1/31/24 to 2/13/24 is hereby excluded in computing the time within which (X) an information or indictment must be filed or ( ) trial must commence.  The Court finds that this exclusion of time serves the ends of justice and outweigh the interests of the public and the defendant in a speedy trial for the reasons discussed on the record and because

      (X) given the reasonable likelihood that ongoing plea negotiations will result in a disposition of this case without trial, the exclusion of time will allow all counsel to focus their efforts on plea negotiations without the risk that they would be denied the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

      ( ) _____.

      SO ORDERED.

Dated: Brooklyn, N.Y
      1/31  20 24

                _____
                United States Magistrate Judge

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | Case No. 24-MJ-22 |
| v. | ) | 0207 2:24-00672M-001 |
| Giorgi Mamulashvili | ) | |
| *Defendant* | ) | Charging District's Case No. |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* DC

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒   an identity hearing and production of the warrant.

☒   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐   preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1/31/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Nancy Tang
*Printed name of defendant's attorney*

EDNY OSCR and Bond (03-01-2023)                                                                 Page        1        of ___2___

## UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

**United States of America**                                       Case No. 24 MJ 72

**v.** _____GIORGI MAMULASHVILI_____ , *Defendant*

### ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND

#### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Conditions of Release below and:
( ✓ )  On **Personal Recognizance** on the defendant's promise to appear at all scheduled proceedings as required, or
( ☐ )  Upon **Bond** executed by the defendant in the amount of $ _____*ROR*_____ , which shall be
    ☐ unsecured; ☐ cosigned by the financially responsible sureties identified on this bond;
    ☐ secured by Collateral set forth on the Appearance Bond Supplement.

#### CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to the following conditions, which the Court finds are the least restrictive conditions necessary to reasonably assure the appearance of the defendant as required and the safety of any other person and the community:

(1)  The defendant must appear in court as required and surrender as directed for service of any sentence imposed.
(2)  The defendant must not commit a federal, state or local crime while on release.
(3)  The defendant must cooperate in the collection of DNA sample if it is authorized by 34 U.S.C. § 40702.
(4)  The defendant must advise the Court in writing before making any change in residence or telephone number.
(5)  The defendant must not possess a firearm, destructive device or other dangerous weapon.
(6)  The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Marijuana is still prohibited under federal law.
(7)  As marked below, the defendant must also:
    ( ✓ ) (a) submit to pretrial supervision and report to Pretrial Services as directed. The defendant is subject to random home contacts and verification of employment as deemed appropriate to monitor compliance with the conditions of release. The defendant shall notify Pretrial Services as soon as possible of any arrests.
    ( ☐ ) (b) ☐ continue or actively seek employment. ☐ continue or start an education and/or vocational program.
    ( ✓ ) (c) surrender any passport to Pretrial Services by _____ and not obtain a passport or any international travel document.
    ( ✓ ) (d) not leave the following areas except for travel to and from court: ☑ New York City; ☑ Long Island; ☐ New York State; ☑ New Jersey; ☐ Continental United States; ☐ as approved by Pretrial Services; ☑ other: Washington DC – ONLY for Court appearances, pretrial + attorney visits.
    ( ☐ ) (e) not have any contact with the following individual(s), location or entity: _____.
    ( ✓ ) (f) maintain residence at: _____ or at a location approved by Pretrial Services.
    ( ☐ ) (g) undergo testing, evaluation and/or treatment for substance abuse as directed by Pretrial Services.
    ( ✓ ) (h) undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.
    ( ☐ ) (i) be subject to the following component of location monitoring, with technology as determined by Pretrial Services:
        ( ☐ ) (i) **Curfew** – restricted to residence ☐ daily from _____ to _____ ; or ☐ as directed by Pretrial Services.
        ( ☐ ) (ii) **Home Detention** – restricted to residence at all times, except for court appearances, court-ordered obligations, attorney visits, religious services, medical appointments, employment, education, substance abuse/mental health services and other activities approved in advance by Pretrial Services. Additionally, the Court permits: _____.
        ( ☐ ) (iii) **Home Incarceration** – 24-hour lock-down at residence, except for medical necessities, court appearances, and any other activities ordered by the Court.
        ( ☐ ) (iv) **Stand Alone Monitoring** – no residential restrictions; this condition will be used in conjunction with global positioning system (GPS) technology.
    ( ☐ ) (j) pay all or part of cost of location monitoring, based on ability to pay as determined by Pretrial Services.
    ( ✓ ) (k) Must not possess any firearms, destructive devices, or other weapons _____.

## APPEARANCE BOND

I, the undersigned defendant, and each surety who signs the bond, acknowledge that I have read this Order Setting Conditions of Release and Appearance Bond and have either read all the other conditions of release or have had those conditions explained to me. (If the bond is secured by collateral, complete Appearance Bond Supplement.)

| , *Surety* | *Address* | *Date* |
| , *Surety* | *Address* | *Date* |
| , *Surety* | *Address* | *Date* |

### RELEASE OF THE BOND

This appearance bond may be terminated at any time by the Court. This bond will be satisfied, and the collateral will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### FORFEITURE OF THE BOND

If the defendant does not comply with the conditions set forth in this Order Setting Conditions of Release and Appearance Bond, this appearance bond may be forfeited and the Court may immediately order the amount of the bond and any collateral to be surrendered to the United States. At the request of the United States, the Court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

### ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT – YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

- Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.
- While on release, if you commit a federal felony offense, the punishment is an additional prison term of not more than ten years, and for a federal misdemeanor offense, the punishment is an additional prison term of not more than one year. This sentence will be consecutive to (*i.e.*, must follow) any other sentence you receive.
- It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the Court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
- If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  - (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  - (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or more than $250,000 or imprisoned for not more than five years, or both;
  - (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  - (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.
- A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### ACKNOWLEDGMENT OF THE DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

**Release of the Defendant is hereby ordered on**    1/32/2024    .
                                                      *Date*

_____ , US  M  J
*Judicial Officer's Signature*

CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00072-RML All Defendants

Case title: USA v. MAMULASHVILI

Date Filed: 01/31/2024

Date Terminated: 01/31/2024

---

Assigned to: Magistrate Judge Robert M. Levy

**Defendant (1)**

**GIORGI MAMULASHVILI**
*TERMINATED: 01/31/2024*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**                                        represented by   **Russell Noble**
DOJ-USAO
Eastern District of New York
271A Cadman Plaza East
Brooklyn, NY 11201
718-254-6178
Email: russell.noble@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2024 | doc | RULE 40 AFFIDAVIT/ removal complaint to the District of Columbia by USA as to GIORGI MAMULASHVILI. Signed by Judge Robert Levy dtd 1/31/2024. (SY) (SY). (Entered: 01/31/2024) |
| 01/31/2024 | | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy :Initial Appearance in Rule 5(c)(3) Proceedings as to GIORGI MAMULASHVILI held on 1/31/2024.(FTR Log #2;24-2;38.) AUSA Russell Noble present. Defendant present w/ retain counsel Nancy Tang. Defendant arraigned on a removal complaint to the District of Columbia. Defendant released on ROR with conditions. Defendant given bail warnings and signed bond. Order of excludable delay from 1/31/2024 to 2/13/2024 entered. Defendant waived identity hearing. Rule 5f order ready into the record. (SY) (Entered: 01/31/2024) |
| 01/31/2024 | 1 | ORDER Setting Conditions of Release as to GIORGI MAMULASHVILI (1) ROR bond. Ordered by Magistrate Judge Robert M. Levy on 1/31/2024. (SY) (Entered: 01/31/2024) |
| 01/31/2024 | 2 | WAIVER of Rule 5(c)(3) Hearing by GIORGI MAMULASHVILI (SY) (Entered: 01/31/2024) |
| 01/31/2024 | 3 | ORDER TO CONTINUE - Ends of Justice as to GIORGI MAMULASHVILI Time excluded from 1/31/2024 until 2/13/24.. Ordered by Magistrate Judge Robert M. Levy on 1/31/2024. (SY) (Entered: 01/31/2024) |
| 01/31/2024 | 4 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to GIORGI MAMULASHVILI. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (SY) (Entered: 01/31/2024) |